NATIONAL DRUG STORES CORPORATION v. IROQUOIS HOTEL CO. (Circuit Court of Appeals, Second Circuit. March 27, 1922.) No. 222. In Error to the District Court of the United States for the Western District of New York. Action at law by the Iroquois Hotel Company against the National Drug Stores Corporation. Judgment for plaintiff on directed verdict, and

defendant brings error. Affirmed. Rothwell & Harper, of New York City (Vincent H. Rothwell, of New York City, of counsel), for plaintiff in error. Dudley, Stowe & Sawyer, of Buffalo, N. Y. (Joseph G. Dudley and Herbert P. Miller, both of Buffalo, N. Y., of counsel), for defendant in error. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed.